| | |
|---|---|
| MICHAEL J. ASCHENBRENER (SBN 277114)<br>mja@aschenbrenerlaw.com<br>ASCHENBRENER LAW, P.C.<br>795 Folsom Street, First Floor<br>San Francisco, CA 94107<br>Telephone: (415) 813-6245<br>Fax: (415) 813-6246<br><br>Attorneys for Plaintiff and the putative class | BINGHAM McCUTCHEN LLP<br>MARY T. HUSER (SBN 136051)<br>mary.huser@bingham.com<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106<br>Phone:    (650) 849-4400<br>Facsimile:    (650) 849-4800<br><br>BINGHAM McCUTCHEN LLP<br>JOHN A. POLITO (SBN 253195)<br>john.polito@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone:    (415) 393-2000<br>Facsimile:    (415) 393-2286<br><br>Attorneys for Defendant<br>eBay Inc., a Delaware Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA J. EARLL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>eBAY INC., a Delaware Corporation,<br><br>        Defendant. | No. 5:11-CV-00262-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1    Plaintiff Melissa J. Earll ("Plaintiff") and Defendant eBay Inc. ("eBay"; and
2 together with Plaintiff, the "Parties") stipulate as follows and request that the Court enter the
3 [Proposed] Order set forth below.
4    1.   On July 29, 2011, the Parties submitted a Joint Case Management Statement, in
5 compliance with Civ. L.R. 16-9 and Court's March 1, 2007 Standing Order on Joint Case
6 Management Statements. *See* Dkt. 56. The Joint Case Management Statement noted the Parties'
7 previous agreement to stay discovery pending resolution of motions to dismiss. *See id.* at 3-4.
8 The Joint Case Management Statement included the Parties' proposed case schedules, both of
9 which are tied to resolution of motions to dismiss. *See id.* at 6-7.
10    2.   On October 7, 2011, the Court set a Case Management Conference for March 9,
11 2012. *See* Clerk's Notice, Dkt. 65.
12    3.   On October 19, 2011, eBay moved to dismiss Plaintiff's First Amended
13 Complaint. *See* Dkt. 66.
14    4.   On February 7, 2012, the Court took eBay's Motion to Dismiss Plaintiff's First
15 Amended Complaint under submission without oral argument. *See* Clerk's Notice, Dkt. 70.
16    5.   The Parties respectfully suggest that the next Case Management Conference be
17 set after resolution of eBay's Motion to Dismiss Plaintiff's First Amended Complaint.
18    6.   In light of the above, the Parties stipulate and request that the Court order:
19       a. that the case management conference currently set for March 9, 2012, be vacated;
20       b. that a case management conference be set for two weeks after the Court's Order
21          on eBay's Motion to Dismiss is issued, or such other date as is convenient for the
22          Court.
23
24
25
26
27
28

1    Case No. 5:11-CV-00262 EJD

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC

1  DATED: February 27, 2012

2
                                    Bingham McCutchen LLP
3

4

5                                   By:       /s/ Mary T. Huser
                                              Mary T. Huser
6
                                    Attorneys for Defendant
7                                   eBay Inc.

8

9       In accordance with General Order No. 45, Rule X, the above signatory attests that

10  concurrence in the filing of this document has been obtained from the signatory below.
    DATED: February 27, 2012
11

12                                  Aschenbrener Law, P.C.

13

14

15                                  By:       /s/  Michael J. Aschenbrener
                                              Michael J. Aschenbrener
16                                  Attorneys for Plaintiff

17

18
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
    The March 9, 2012 Case Management Conference and associated deadlines are VACATED.
20  The court will address scheduling issues further in the order on Defendant's Motion to
    Dismiss.
21
    DATED: _ February 29 _, 2012
22                                            Edward J. Davila

23                                  United States District Court Judge

24

25

26

27

28
                                        2                    Case No. 5:11-CV-00262 EJD

         STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC